UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| PACIFIC PACKAGING PRODUCTS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>BALDWIN & CLARKE, JEFFERSON PILOT SECURITIES CORP., BENEFIT STRATEGIES, LLC, MICHAEL J. KENNEDY, and SCOTT D. LAVALLEY,<br><br>Defendants. | Civil Action<br>No. 04-11102-MLW |

## CORPORATE DISCLOSURE STATEMENT

Defendant Benefit Strategies, LLC ("Benefit Strategies"), submits this Corporate Disclosure Statement Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and states that there are no parent corporations or publicly held corporations owning more than 10% of its stock.

Respectfully submitted,

BENEFIT STRATEGIES, LLC

By its attorneys,

McLANE, GRAF, RAULERSON & MIDDLETON,
 PROFESSIONAL ASSOCIATION

Dated: June 10, 2004        By:        /s/ Anthony S. Augeri
                                    Anthony S. Augeri, BBO #648696
                                    anthony.augeri@mclane.com
                                    900 Elm Street, P.O. Box 326
                                    Manchester, New Hampshire 03105
                                    Telephone (603) 625-6464

PDF created with FinePrint pdfFactory Pro trial version www.pdffactory.com

2

## Certificate of Service

      I, Anthony S. Augeri, hereby certify that I caused the foregoing Corporate Disclosure Statement to be served upon the following via electronic transmission in accordance with the Court's Administrative Procedures for Electronic Case Filing on June 10, 2004:

| | |
|---|---|
| John D. Hughes<br>Mark B. Dubnoff<br>Edwards & Angell, LLP<br>101 Federal Street<br>Boston, MA 02110 | Lora M. McSherry, Esq.<br>Phillips, Gerstein, Holber & Channen, LLP<br>25 Kenoza Avenue<br>Haverhill, MA 01830 |
| | |

          /s/ Anthony S. Augeri
      Anthony S. Augeri

2

PDF created with FinePrint pdfFactory Pro trial version www.pdffactory.com