UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERK'S OFFICE

2004 JUN 17 P 12: 20

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| Pacific Packaging Products, Inc.<br>   Plaintiff<br><br>v.<br><br>Baldwin & Clarke,<br>Jefferson Pilot Securities Corp.,<br>Benefit Strategies, LLC,<br>Michael J. Kennedy, and<br>Scott D. LaValley<br>   Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No.: 04-CV-11102MLW<br>)<br>)<br>)<br>)<br>)<br>) |

### SECOND MOTION OF PLAINTIFF TO EXTEND TIME TO RESPOND TO MOTION OF THE DEFENDANTS, BALDWIN & CLARKE, JEFFERSON PILOT SECURITIES CORP., MICHAEL J. KENNEDY AND SCOTT D. LAVALLEY TO DISMISS
*WITH ASSENT OF ALL DEFENDANTS' COUNSEL*

Now comes the Plaintiff, Pacific Packaging Products, Inc., with the assent of all Defendants' counsel, and requests this Court grant it an extension of time to respond to the Motion to Dismiss filed by the Defendants up to and including July 23, 2004. As a basis, the Plaintiff states:

1. The parties have been actively exploring a resolution of this matter;

2. Plaintiff's counsel, Lora M. McSherry, is scheduled for vacation beginning June 24, 2004 and will not return to the Commonwealth until July 6, 2004.

Dated: June 16, 2004

Respectfully Submitted,
Pacific Packaging Products, Inc.
By Their Attorneys,

*/s/ Lora McSherry*

Lora M. McSherry, BBO# 551695
Herbert P. Phillips, BBO# 398420
Phillips, Gerstein, Holber & Channen, LLP
25 Kenoza Avenue
Haverhill, MA 01830
(978) 374-1131

Assented to by the Attorneys for
Baldwin & Clarke, Jefferson
Pilot Securities Corp., Michael J.
Kennedy and Scott D. LaValley

_____
John D. Hughes, BBO# 234660
Mark B. Dubnoff, BBO# 637212
Edwards & Angell, LLP
101 Federal Street
Boston, MA 02110
(617) 439-4444

Assented to by the Attorneys for
Benefit Strategies, Inc.

_____
Anthony S. Augeri
William Glahn
McLane, Graf, Raulerson & Middleton
900 Elm Street
Manchester, NH 03105-0326
(603)628-1248

## CERTIFICATE OF SERVICE

I, Lora M. McSherry, hereby certify that on this 16th day of June, 2004, I caused a copy of the foregoing document to be sent by first-class mail, postage prepaid, to Defendant's counsel, John Hughes, Esq, Edwards & Angell, LLP, 101 Federal Street, Boston, MA 02110 and Anthony S. Augeri, Esq. and William Glahn, Esq. McLane, Graf, Raulerson & Middleton, 900 Elm Street P.O. Box 326 Manchester, NH 03105-0326

_____
Lora M. McSherry