UNITED STATES DISTRICT COURT    FILED
DISTRICT OF MASSACHUSETTS: CLERK'S OFFICE

| | |
|---|---|
| Pacific Packaging Products, Inc. | ) |
|         Plaintiff | ) |
| | ) |
|       v. | ) |
| | ) |
| | ) |
| Baldwin & Clarke, | ) |
| Jefferson Pilot Securities Corp., | ) |
| Benefit Strategies, LLC, | ) |
| Michael J. Kennedy, and | ) |
| Scott D. LaValley | ) |
|         Defendants | ) |
| | ) |

2004 JUL 19  P 1: 34

U.S. DISTRICT COURT
DISTRICT OF MASS

Civil Action No.: 04-CV-11102MLW

## THIRD MOTION OF PLAINTIFF TO EXTEND TIME TO RESPOND TO MOTION OF THE DEFENDANTS, BALDWIN & CLARKE, JEFFERSON PILOT SECURITIES CORP., MICHAEL J. KENNEDY AND SCOTT D. LAVALLEY TO DISMISS
### *WITH ASSENT OF ALL DEFENDANTS' COUNSEL*

Now comes the Plaintiff, Pacific Packaging Products, Inc., with the assent of all Defendants' counsel, and requests this Court grant it an extension of time to respond to the Motion to Dismiss filed by the Defendants up to and including September 23, 2004  As a basis, the Plaintiff states:

1. The parties have been actively discussing a resolution of this matter;

2. Due to the conflicting schedules of counsel and clients, the parties have been unable to finalize a tentative resolution that has been reached between all parties.

Dated: July 15, 2004

Respectfully Submitted,
Pacific Packaging Products, Inc.
By Their Attorneys,

Lora M. McSherry, BBO# 551695
Herbert P. Phillips, BBO# 398420
Phillips, Gerstein, Holber & Channen, LLP
25 Kenoza Avenue
Haverhill, MA 01830
(978) 374-1131

Assented to by the Attorneys for
Baldwin & Clarke, Jefferson
Pilot Securities Corp., Michael J.
Kennedy and Scott D. LaValley

John D. Hughes, BBO# 234660
Mark B. Dubnoff, BBO# 637212
Edwards & Angell, LLP
101 Federal Street
Boston, MA 02110
(617) 439-4444


Assented to by the Attorneys for
Benefit Strategies, Inc.

Anthony S. Augeri
William Glahn
McLane, Graf, Raulerson & Middleton
900 Elm Street
Manchester, NH 03105-0326
(603)628-1248


## CERTIFICATE OF SERVICE

I, Lora M. McSherry, hereby certify that on this 15th day of July, 2004, I caused a copy of the foregoing document to be sent by first-class mail, postage prepaid, to Defendant's counsel, John Hughes, Esq, Edwards & Angell, LLP, 101 Federal Street, Boston, MA 02110 and Anthony S. Augeri, Esq. and William Glahn, Esq. McLane, Graf, Raulerson & Middleton, 900 Elm Street P.O. Box 326 Manchester, NH 03105-0326

Lora M. McSherry

-2-