UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
Pacific Packaging Products, Inc.           )
         Plaintiff                                )
                                                  )
         v.                                       )
                                                  )
Baldwin & Clarke,                          )   Civil Action No.: 04-CV-11102MLW
Jefferson Pilot Securities Corp.,          )
Benefit Strategies, LLC,                   )
Michael J. Kennedy, and                    )
Scott D. LaValley                          )
         Defendants                               )
_____ )

FOURTH MOTION OF PLAINTIFF TO EXTEND TIME TO RESPOND
TO MOTION OF THE DEFENDANTS, BALDWIN & CLARKE,
JEFFERSON PILOT SECURITIES CORP., MICHAEL J. KENNEDY
AND SCOTT D. LAVALLEY TO DISMISS
***WITH ASSENT OF ALL DEFENDANTS COUNSEL***

     Now comes the Plaintiff, Pacific Packaging Products, Inc., with the assent of all Defendants counsel, and requests this Court grant it an extension of time to respond to the Motion to Dismiss filed by the Defendants up to and including November 23, 2004  As a basis, the Plaintiff states:

     1. The parties have been actively discussing a resolution of this matter;

     2. Due to the conflicting schedules of counsel and clients, the parties have been unable to execute necessary documents to finalize the resolution that has been reached between all parties.

                                      Respectfully Submitted,
                                      Pacific Packaging Products, Inc.
Dated: September 23, 2004         By Their Attorneys,


                                      /s/ Lora M. McSherry
                                      Lora M. McSherry, BBO# 551695
                                      Herbert P. Phillips, BBO# 398420
                                      Phillips, Gerstein, Holber & Channen, LLP
                                      25 Kenoza Avenue
                                      Haverhill, MA 01830
                                      (978) 374-1131

-2-

Assented to by the Attorneys for
Baldwin & Clarke, Jefferson Pilot Securities Corp., Michael J. Kennedy and Scott D. LaValley

/s/ Mark B. Dubnoff
John D. Hughes, BBO# 234660
Mark B. Dubnoff, BBO# 637212
Edwards & Angell, LLP
101 Federal Street
Boston, MA 02110
(617) 439-4444

Assented to by the Attorneys for
Benefit Strategies, Inc.

/s/ Anthony S. Augeri
Anthony S. Augeri
William Glahn
McLane, Graf, Raulerson & Middleton
900 Elm Street
Manchester, NH 03105-0326
(603)628-1248

## CERTIFICATE OF SERVICE

I, Lora M. McSherry, hereby certify that on this 23rd day of September, 2004, I caused a copy of the foregoing document to be sent by first-class mail, postage prepaid, to Defendant s counsel, John Hughes, Esq, Edwards & Angell, LLP, 101 Federal Street, Boston, MA 02110 and Anthony S. Augeri, Esq. and William Glahn, Esq.  McLane, Graf, Raulerson & Middleton, 900 Elm Street P.O. Box 326 Manchester, NH 03105-0326

/s/ Lora M. McSherry
Lora M. McSherry