UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| PACIFIC PACKAGING PRODUCTS, INC., <br> Plaintiff, <br><br> v. <br><br> BALDWIN & CLARKE, <br> JEFFERSON PILOT SECURITIES CORP., <br> BENEFIT STRATEGIES, LLC, <br> MICHAEL J. KENNEDY, AND <br> SCOTT D. LAVALLEY <br><br> Defendants. | Civil Action No. 04-CV-11102-MLW |

## STIPULATION OF PARTIAL DISMISSAL

It is hereby stipulated and agreed by and between all parties to the above-captioned action, by their respective counsel and pursuant to Fed. R. Civ. P. 41(a)(1), that the above-captioned action and all claims, cross-claims and counterclaims that have been or may be asserted therein against or by Defendant Baldwin & Clarke Advisory Services, Inc. are hereby dismissed, with prejudice and without costs. All parties hereto expressly waive all rights of appeal.

BOS_456671_1.DOC/MDUBNOFF

PACIFIC PACKAGING PRODUCTS, INC.
Plaintiff,
By its attorney,

*[signature]*

Lora M. McSherry (BBO No. 551695)
PHILLIPS, GERSTEIN, HOLBER &
CHANNEN, LLP
25 Kenoza Avenue
Haverhill, MA 01830
(978) 374-1131

BALDWIN & CLARKE, JEFFERSON PILOT
SECURITIES CORP., MICHAEL J.
KENNEDY, AND SCOTT LAVALLEY,
Defendants,
By their attorneys,

*[signature]*

John G. Hughes (BBO No. 243660)
Mark B. Dubnoff (BBO No. 637212)
EDWARDS & ANGELL, LLP
101 Federal Street
Boston, Massachusetts 02110
(617) 439-4444

BENEFIT STRATEGIES, LLC,
Defendant,
By its attorney,

*[signature] by LAM*

WILBUR A. GLAHN III (BBO No. 194040)
ANTHONY S. AUGERI (BBO No. 648696)
MCCLANE, GRAF, RAULERSON &
MIDDLETON, P.A.
City Hall Plaza
900 Elm Street
Manchester, NH 03105-0326
(603) 628-1469

Dated: 10/6/04