

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| PACIFIC PACKAGING PRODUCTS, INC.,<br>　　　Plaintiff,<br><br>v.<br><br>JEFFERSON PILOT SECURITIES CORP.,<br>BENEFIT STRATEGIES, LLC,<br>MICHAEL J. KENNEDY, AND<br>SCOTT D. LAVALLEY,<br><br>　　　Defendants. | Civil Action No. 04-CV-11102-MLW |

## STIPULATION OF DISMISSAL

It is hereby stipulated and agreed by and between all parties to the above-captioned action, by their respective counsel and pursuant to Fed. R. Civ. P. 41(a)(1), that the above-captioned action and all claims, counterclaims and cross-claims that have been or may be asserted therein are hereby dismissed, with prejudice and without costs. All parties hereto expressly waive all rights of appeal.

- 2 -

PACIFIC PACKAGING PRODUCTS, INC.
Plaintiff,
By its attorney,

_/s/ Lora M. McSherry_
Lora M. McSherry (BBO No. 551695)
PHILLIPS, GERSTEIN, HOLBER &
CHANNEN, LLP
25 Kenoza Avenue
Haverhill, MA 01830
(978) 374-1131

BENEFIT STRATEGIES, LLC,
Defendant,
By its attorney,

_/s/ Wilbur A. Glahn III_ by cam
WILBUR A. GLAHN III (BBO No. 194040)
ANTHONY S. AUGERI (BBO No. 648696)
MCCLANE, GRAF, RAULERSON &
MIDDLETON, P.A.
City Hall Plaza
900 Elm Street
Manchester, NH 03105-0326
(603) 628-1469

JEFFERSON PILOT SECURITIES CORP.,
MICHAEL J. KENNEDY, AND SCOTT
LAVALLEY,
Defendants,
By their attorneys,

_/s/_
John G. Hughes (BBO No. 243660)
Mark B. Dubnoff (BBO No. 637212)
EDWARDS & ANGELL, LLP
101 Federal Street
Boston, Massachusetts 02110
(617) 439-4444

Dated: October 8, 2004